*(99)*

1  BRUCE E. METHVEN (Bar No. 095486)
   METHVEN & ASSOCIATES PROFESSIONAL CORPORATION **FILED**
2  2232 Sixth Street
   Berkeley, California 94710
3  Telephone: (510) 649-4019                      **2013 MAR -8  P 2: 23**
   Facsimile: (510) 649-4024
                                                   RICHARD W. WIEKING
   Attorney for Methven & Associates Professional Corporation CLERK, U.S. DISTRICT COURT
5                                                   NORTHERN DISTRICT OF CALIFORNIA

                        UNITED STATES DISTRICT COURT
6
                     NORTHERN DISTRICT OF CALIFORNIA                    **EDL**
7
   METHVEN & ASSOCIATES PROFESSIONAL
8  CORPORATION,
                                              Case No.: **13    1079**
9              Plaintiff in Interpleader,

10             v.                                  COMPLAINT FOR INTERPLEADER
                                                   AND MOTION FOR LEAVE TO
11 SCARLETT PARADIES-STROUD as                     DEPOSIT PROPERTY WITH THE
   administrator of the ESTATE OF ANDREW B.        COURT
12 STROUD; ANDY STROUD, INC.; STROUD
   PRODUCTIONS AND ENTERPRISES, INC.,
13 LISA SIMONE KELLY as administrator of the       Judge: The Hon. Jeffrey S. White
   ESTATE OF NINA SIMONE; WALLY ROKER              Courtroom: 11, 19th Floor
14 d/b/a ICU ENT. DIST. d/b/a WALLY ROKER
   MUSIC; STEVEN AMES BROWN; CASTLE
15 ROCK ENTERTAINMENT; WARNER BROS.
   ENTERTAINMENT, INC.; WARNER BROS.
16 INDEPENDENT PICTURES; SONY MUSIC
   ENTERTAINMENT, INC.
17
               Defendants in Interpleader
18

19

20       Pursuant to 28 U.S.C. §1335, Plaintiff In Interpleader Methven & Associates

21 Professional Corporation ("Plaintiff") hereby files its Complaint in Interpleader against

22 SCARLETT PARADIES-STROUD as administrator of the ESTATE OF ANDREW B.

23 STROUD; ANDY STROUD, INC.; STROUD PRODUCTIONS AND ENTERPRISES, INC.,

24 LISA SIMONE KELLY as administrator of the ESTATE OF NINA SIMONE; WALLY

25 ROKER d/b/a ICU ENT. DIST. d/b/a WALLY ROKER MUSIC; STEVEN AMES BROWN;

26
   CASTLE ROCK ENTERTAINMENT; WARNER BROS. ENTERTAINMENT, INC.;
27
28 WARNER BROS. INDEPENDENT PICTURES; SONY MUSIC ENTERTAINMENT, INC.

                                          1
─────────────────────────────────────────────────────────────
                   COMPLAINT FOR INTERPLEADER AND
            MOTION FOR LEAVE TO DEPOSIT PROPERTY WITH THE COURT

Plaintiff hereby alleges the following:

## PARTIES

1. Plaintiff METHVEN & ASSOCIATES PROFESSIONAL CORPORATION is a professional corporation engaged in the practice of law and duly organized and existing under the laws of the State of California. Plaintiff provided legal services to Andrew B. Stroud, now deceased, in connection with various disputes over the rights to property, namely the works of Nina Simone.

2. Upon information and belief, Defendant SCARLETT PARADIES-STROUD, an individual residing in New York, had been named the administrator of the ANDREW B. STROUD's estate by the State of New York, Bronx County Surrogate's Court. These claims are asserted against Ms. PARADIES-STROUD in her capacity as the administrator of the Estate of ANDREW B. STROUD.

3. Upon information and belief, Defendant ANDY STROUD, INC. was a corporation organized under the laws of the State of New York with its principal place of business was New York. Owned and operated by Andrew B. Stroud, the corporation was dissolved in 2012.

4. Upon information and belief, Defendant STROUD PRODUCTIONS AND ENTERPRISES, INC. was a corporation organized under the laws of the State of New York with its principal place of business in New York. Owned and operated by Andrew B. Stroud, the corporation was dissolved in 1981.

5. Upon information and belief, Defendant LISA SIMONE KELLY, an individual residing in Pennsylvania, has been named the administrator of NINA SIMONE's estate by the Superior Court of California for the County of Los Angeles. These claims are asserted against Ms. Kelly in her capacity as the administrator of the ESTATE OF NINA

2

SIMONE.

6. Upon information and belief, Defendant WALLY ROKER d/b/a ICU ENT. DIST. d/b/a WALLY ROKER MUSIC is an individual residing in California. ICU ENT. DIST. and WALLY ROKER MUSIC are business designees owned and operated by Wally Roker with principal places of business in California.

7. Upon information and belief, Defendant STEVEN AMES BROWN is an individual residing in San Francisco, California.

8. Upon information and belief, Defendant CASTLE ROCK ENTERTAINMENT, is a corporation organized and existing under the laws of the State of Georgia with principal place of business in New York.

9. Upon information and belief, Defendant WARNER BROS. ENTERTAINMENT, INC. is a corporation organized and existing under the laws of the State of Delaware with its principal place of business in New York.

10. Upon information and belief, Defendant WARNER BROS. INDEPENDENT PICTURES is a subsidiary of WARNER BROS. ENTERTAINMENT, INC.

11. Upon information and belief, Defendant SONY MUSIC ENTERTAINMENT, INC is a subsidiary of Sony Corporation of America, a corporation organized and existing under the laws of the State of New York with its principal place of business in New York.

## JURISDICTION AND VENUE

12. This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. §§1332 and 1335. The Defendants have claimed or may claim to be entitled to property in possession of the Plaintiff. At least two of the adverse claimants are of diverse citizenship.

3

13. The value of the property at issue exceeds $500. The property at issue, inventoried in **Attachment A**, which is incorporated by this reference, includes original audio and video recordings of Nina Simone, a well-known and highly-regarded deceased jazz singer ("the Property").

14. Pursuant to 28 U.S.C. §1397, the District of Northern California is the proper venue for this action because at least one of the claimants resides within the district. Defendant STEVEN AMES BROWN resides in San Francisco, California.

## FACTS

15. Andrew Stroud was married to Nina Simone, and, at one time, acted as her manager. Andrew Stroud obtained various audio and video recordings in his capacity as her husband and manager, and as gifts from her, and as part of a marital settlement agreement.

16. Plaintiff METHVEN & ASSOCIATES PROFESSIONAL CORPORATION was retained by Andrew B. Stroud in April 2010 to represent him in two disputes in the United States District Court, Northern District of California over the rights to various works of Nina Simone.

17. Upon information and belief, the following cases allege ownership in property rights to Nina Simone's works:

   a. *Estate of Nina Simone,* Superior Court of California for the County of Los Angeles, Probate Court, Case No. BP-079-597

   b. *Brown v. Stroud et al.,* United States District Court, District of Northern California, Case No. 08-CV-02348 JSW (DMR)

   c. *Stroud Productions and Enterprises, Inc. et al. v. Castle Rock Entertainment Inc. et al.*, United States District Court, District of Northern California, Case No. 09 – CV-03796 JSW

4

d. *Kelly v. Roker et al.*, United States District Court, District of Northern California, Case No. 11-CV-05822 JSW

e. *Estate Of Andrew B. Stroud*, State of New York, Bronx County Surrogate's Court, File Number: 1964-2012

18. The above listed cases and are sub judice and involve various claims and counterclaims made by and against the Defendants, all of which relate to the ownership of Nina Simone's works.

19. During the course of Plaintiff's representation, Andrew Stroud shipped the Property to Plaintiff's office so that Plaintiff could produce the items as discovery in the District of Northern California cases.

20. Andrew Stroud died July 14, 2012. Andrew Stroud had never reclaimed the Property, leaving it in Plaintiff's possession.

21. Plaintiff has been subject to numerous demands by Defendants related to the disposition of the Property.

## CAUSE OF ACTION FOR INTERPLEADER

22. Each of the Defendants has made claim or may make claims to ownership of Nina Simone's works, including the Property held by Plaintiff. By reason of these conflicting claims and the unresolved cases alleging rights in the Property, Plaintiff is unable to ascertain which of the Defendants are entitled to the Property.

23. Due to the competing claims and demands, Plaintiff is exposed to the risk of liability and multiple pieces of litigation by Defendants for recovery of the Property.

24. Without this action, Plaintiff has no way of ascertaining how to properly dispose of the Property.

25. Wherefore Plaintiff respectfully prays for judgment as follows:

5

a. That none of the Defendants is entitled to recover from Plaintiff the Property or any part thereof.

b. That each Defendant be restrained from instituting or further prosecuting any actions against Plaintiff for the recovery of the Property.

c. That the Court enter an order pursuant to Rule 67, Federal Rules of Civil Procedure permitting Plaintiff to deposit the Property with the Court.

d. That Defendants be required to interplead and settle between themselves their rights to the Property and that, upon deposit of the Property with the Court, Plaintiff be discharged from any further participation in this proceeding.

e. For such other and further relief as this Court deems reasonable and just under the circumstances.

Dated: 3-7-13

METHVEN & ASSOCIATES
PROFESSIONAL CORPORATION

By: Bruce E. Methven
Bruce E. Methven
Attorney for Plaintiff

6

COMPLAINT FOR INTERPLEADER AND
MOTION FOR LEAVE TO DEPOSIT PROPERTY WITH THE COURT

Attachment A

Inventory of Property in Plaintiff's Possession

| Item | Label | Identifying Characteristics/Tracks |
|------|-------|-----------------------------------|
| 1 | Box 10 | Spring is Here<br>Near to You<br>Since My Love is Gone<br>Blue Prelude |
| 2 | Box 16 | Lonesome Mountain<br>Fine & Mellow<br>Church Jazz (instrum) |
| 3 | Box 17 | Intro – Porgy<br>Playboy Award<br>Give me my Gin<br>Wild is the Wind<br>Brown Baby |
| 4 | Box 18 | Just in Time<br>Nobody Wants You<br>Ding Song |
| 5 | Box 19 | Its Alright With Me<br>Porgy #1<br>I Love to Love |
| 6 | Box 26 | Strange Fruit<br>Pig Foot<br>Tell Me More<br>Porgy<br>Fine and Mellow |
| 7 | Box 27 | Love me or Leave me<br>Don't Explain |
| 8 | Box 28 | Sweetened<br>Tell Me More<br>This Year's Kisses<br>Strange Fruit |
| 9 | Box 29 | Be my Husband<br>Mississippi |
| 10 | Box 34 | Aint Got No/ I got Life<br>For Women<br>No Opportunity Necessary<br>Backlash<br>Assignment Song |
| 11 | Box 35 | One More Sunday in Savannah<br>I'll Look Around<br>Nina's Blues<br>When I was in My Prime<br>Zungo |

| 12 | Box 49 | Gal From Joe's | |
| | | You Belong to Me | |
| | | Sugar in My Bowl | |
| | | I Got it Bad | |
| 13 | Box 60 | Interview @ Village Gate (NS & Piano) | |
| 14 | Box 64 | Peace of Mind | |
| | | Drums & Bass | |
| | | Vocal | |
| 15 | Box 80 | Interview: Del Shields (NYC) | |
| 16 | Box 81 | Post UCLA KCSB – NS Interviews | |
| | | Broadcasts | |
| | | Interview | |
| | | KCSB Promo Clip | |
| 17 | Box 34 | Aint got No/ I got life | |
| | | For Women | |
| | | No Opportunity Necessary | |
| | | Backlash | |
| | | Assignment Song | |
| 18 | Box 35 | One More Sunday in Savannah | |
| | | I'll Look Around | |
| | | Nina's Blues | |
| | | When I was in My Prime | |
| | | Zungo | |
| 19 | Box 59 | Interview /Dick Hubert (15:52) | |
| 20 | Box 83 | Misunderstood | |
| 21 | Great Performances  College | Revolutions | |
| | Concerts & Interviews Soundtrack | Compensations | |
| | CD | Black is the Color (Simone) | |
| | | Black is the Color (Latimer) | |
| 22 | Gimmie a Pigfoot and a Bottle of Beer CD | File Copy | |
| 23 | Gospel According to Nina Simone CD | Anytime, Anywhere | |
| 24 | Stroud File CD | In the Morning | |
| | | Anytime, Anywhere | |
| | | You Can't Hide | |
| 25 | Nina Simone Concert Recording Volume 5 CD | Concert in Frances Chalter | |
| 26 | Montreux Jazz Festival Soundtrack CD | Intro | House of the Rising Sun |
| | | The Devil's Workshop | See-Line Woman |
| | | Just in Time | Please Read me |
| | | When I was A Young Girl | Ain't Got No Life |
| | | Backlash | Give Me My Gin |
| 27 | Montreux Jazz Festival DVD | June 1968 | |

| 28 | Nina Simone Revolution DVD      | © Andrew Stroud  |
|----|---------------------------------|------------------|
| 29 | Great Performances Live College | NTSC 61 VHS      |
| 30 | Great Performances Live College | TRT 61           |
| 31 | Debruin CD 1                    | Songs 1-15       |
| 32 | Debruin CD 2                    | Songs 16-30      |
| 33 | Debruin CD 3                    | Songs 31-45      |
| 34 | Debruin CD 4                    | Songs 46-58      |
| 35 | Debruin CD 5                    | Songs 59-74      |
| 36 | Debruin CD 6                    | Songs 75- 88     |
| 37 | Debruin CD 7                    | Songs 89-104     |
| 38 | Debruin CD 8                    | Songs 105-121    |
| 39 | Debruin CD 9                    | Songs 122-141    |
| 40 | Debruin CD 10                   | Songs 141-145    |
| 41 | Debruin II CD 1                 | Songs 1-10       |
| 42 | Debruin II CD 2                 | Songs 11-20      |
| 43 | Debruin II CD 3                 | Songs 21-30      |
| 44 | Debruin II CD 4                 | Songs 31-40      |
| 45 | Debruin II CD 5                 | Songs 41-50      |
| 46 | Debruin II CD 6                 | Songs 51-60      |
| 47 | Debruin II CD 7                 | Songs 61-70      |