IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

METHVEN,

    Plaintiff,

v.

SCARLETT PARADIES,

    Defendant.

No. C -13-01079 EDL

**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), this Court, sua sponte, refers the above-captioned interpleader action, filed on March 8, 2013, to the Honorable Judge Jeffrey S. White to consider whether this case is related to Brown v. Stroud, Inc., C-08-3796 JSW, Stroud Productions and Enterprises v. Castle Rock Entertainment Inc., C-09-3796 JSW, and Kelly v. Roker, et al., C-11-5822 JSW. The interpleader action involves property that is involved in the three proposed related cases. Plaintiff shall file any response in opposition to or in support of relating the cases within seven (7) calendar days of the date of this Order.

IT IS SO ORDERED.

Dated: March 15, 2013

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge