BRUCE E. METHVEN (Bar No. 095486)
METHVEN & ASSOCIATES PROFESSIONAL CORPORATION
2232 Sixth Street
Berkeley, California 94710
Telephone: (510) 649-4019
Facsimile: (510) 649-4024

Attorney for Methven & Associates Professional Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METHVEN & ASSOCIATES PROFESSIONAL CORPORATION,<br><br>　　　　Plaintiff in Interpleader,<br><br>　　v.<br><br>SCARLETT PARADIES-STROUD as administrator of the ESTATE OF ANDREW B. STROUD; ANDY STROUD, INC.; STROUD PRODUCTIONS AND ENTERPRISES, INC., LISA SIMONE KELLY as administrator of the ESTATE OF NINA SIMONE; WALLY ROKER d/b/a ICU ENT. DIST. d/b/a WALLY ROKER MUSIC; STEVEN AMES BROWN; CASTLE ROCK ENTERTAINMENT; WARNER BROS. ENTERTAINMENT, INC.; WARNER BROS. INDEPENDENT PICTURES; SONY MUSIC ENTERTAINMENT, INC.<br><br>　　　　Defendants in Interpleader | Case No.: C 13-01079 JSW<br><br>MOTION TO DEPOSIT PROPERTY WITH THE COURT<br><br>Judge: The Hon. Jeffrey S. White<br>Courtroom: 11, 19th Floor<br>Hearing Date: May 17, 2013<br>Time: 9 am |

1. Pursuant to Rule 67 of the Federal Rules of Civil Procedure and 28 U.S.C. §1335, Plaintiff In Interpleader Methven & Associates Professional Corporation ("Plaintiff") moves the Court for an order authorizing deposit with the Court of certain property in possession of the Plaintiff, namely original audio and video recordings of Nina Simone, inventoried in **Attachment A**, incorporated by reference, and the subject of this action ("the Property"),.

2. Due to Defendants' claims or potential claims to ownership of the Property, Plaintiff is unable to ascertain which of the Defendants are entitled to the Property and Plaintiff is

1
MOTION TO DEPOSIT PROPERTY WITH THE COURT

exposed to the risk of liability and multiple pieces of litigation by Defendants for recovery of the Property. Defendant SCARLETT PARADIES-STROUD as administrator of the ESTATE OF ANDREW B. STROUD has made such a claim in *Estate Of Andrew B. Stroud*, State of New York, Bronx County Surrogate's Court, File Number: 1964-2012.

3. Plaintiff respectfully requests that the Court take action upon this motion and grant the order prior to April 9, 2013. On that date, the State of New York, Bronx County Surrogate's Court has ordered Plaintiff to show cause why it should not be ordered to deposit the Property with the Surrogate's Court. A copy of the Surrogate's Court's order can be found in Attachment B.

Respectfully submitted,

Dated: 3-27-13

METHVEN & ASSOCIATES
PROFESSIONAL CORPORATION

By: _____
Bruce E. Methven
Attorney for Plaintiff

2
MOTION TO DEPOSIT PROPERTY WITH THE COURT

Attachment A

Inventory of Property in Plaintiff's Possession

| Item | Label | Identifying Characteristics/Tracks |
|---|---|---|
| 1 | Box 10 | Spring is Here<br>Near to You<br>Since My Love is Gone<br>Blue Prelude |
| 2 | Box 16 | Lonesome Mountain<br>Fine & Mellow<br>Church Jazz (instrum) |
| 3 | Box 17 | Intro – Porgy<br>Playboy Award<br>Give me my Gin<br>Wild is the Wind<br>Brown Baby |
| 4 | Box 18 | Just in Time<br>Nobody Wants You<br>Ding Song |
| 5 | Box 19 | Its Alright With Me<br>Porgy #1<br>I Love to Love |
| 6 | Box 26 | Strange Fruit<br>Pig Foot<br>Tell Me More<br>Porgy<br>Fine and Mellow |
| 7 | Box 27 | Love me or Leave me<br>Don't Explain |
| 8 | Box 28 | Sweetened<br>Tell Me More<br>This Year's Kisses<br>Strange Fruit |
| 9 | Box 29 | Be my Husband<br>Mississippi |
| 10 | Box 34 | Aint Got No/ I got Life<br>For Women<br>No Opportunity Necessary<br>Backlash<br>Assignment Song |
| 11 | Box 35 | One More Sunday in Savannah<br>I'll Look Around<br>Nina's Blues<br>When I was in My Prime<br>Zungo |

| | | | |
|---|---|---|---|
| 12 | Box 49 | Gal From Joe's<br>You Belong to Me<br>Sugar in My Bowl<br>I Got it Bad | |
| 13 | Box 60 | Interview @ Village Gate (NS & Piano) | |
| 14 | Box 64 | Peace of Mind<br>Drums & Bass<br>Vocal | |
| 15 | Box 80 | Interview: Del Shields (NYC) | |
| 16 | Box 81 | Post UCLA KCSB – NS Interviews<br>Broadcasts<br>Interview<br>KCSB Promo Clip | |
| 17 | Box 34 | Aint got No/ I got life<br>For Women<br>No Opportunity Necessary<br>Backlash<br>Assignment Song | |
| 18 | Box 35 | One More Sunday in Savannah<br>I'll Look Around<br>Nina's Blues<br>When I was in My Prime<br>Zungo | |
| 19 | Box 59 | Interview /Dick Hubert (15:52) | |
| 20 | Box 83 | Misunderstood | |
| 21 | Great Performances College Concerts & Interviews Soundtrack CD | Revolutions<br>Compensations<br>Black is the Color (Simone)<br>Black is the Color (Latimer) | |
| 22 | Gimmie a Pigfoot and a Bottle of Beer CD | File Copy | |
| 23 | Gospel According to Nina Simone CD | Anytime, Anywhere | |
| 24 | Stroud File CD | In the Morning<br>Anytime, Anywhere<br>You Can't Hide | |
| 25 | Nina Simone Concert Recording Volume 5 CD | Concert in Frances Chalter | |
| 26 | Montreux Jazz Festival Soundtrack CD | Intro<br>The Devil's Workshop<br>Just in Time<br>When I was A Young Girl<br>Backlash | House of the Rising Sun<br>See-Line Woman<br>Please Read me<br>Ain't Got No Life<br>Give Me My Gin |
| 27 | Montreux Jazz Festival DVD | June 1968 | |

| 28 | Nina Simone Revolution DVD | © Andrew Stroud |
|---|---|---|
| 29 | Great Performances Live College | NTSC 61 VHS |
| 30 | Great Performances Live College | TRT 61 |
| 31 | Debruin CD 1 | Songs 1-15 |
| 32 | Debruin CD 2 | Songs 16-30 |
| 33 | Debruin CD 3 | Songs 31-45 |
| 34 | Debruin CD 4 | Songs 46-58 |
| 35 | Debruin CD 5 | Songs 59-74 |
| 36 | Debruin CD 6 | Songs 75- 88 |
| 37 | Debruin CD 7 | Songs 89-104 |
| 38 | Debruin CD 8 | Songs 105-121 |
| 39 | Debruin CD 9 | Songs 122-141 |
| 40 | Debruin CD 10 | Songs 141-145 |
| 41 | Debruin II CD 1 | Songs 1-10 |
| 42 | Debruin II CD 2 | Songs 11-20 |
| 43 | Debruin II CD 3 | Songs 21-30 |
| 44 | Debruin II CD 4 | Songs 31-40 |
| 45 | Debruin II CD 5 | Songs 41-50 |
| 46 | Debruin II CD 6 | Songs 51-60 |
| 47 | Debruin II CD 7 | Songs 61-70 |

File No. 2012-1964 B

## SURROGATE'S COURT – BRONX COUNTY
### CITATION
### THE PEOPLE OF THE STATE OF NEW YORK,
By the Grace of God Free and Independent

TO: Bruce Methven, Esq.
METHVEN & ASSOCIATES
~~2232 Sixth Street~~
~~Berkeley, California 94710~~

Dorothy M. Weber, Esq.
Shukat Arrow Hafer Weber & Herbsman, LLP
Attorneys for Lisa Simone
~~111 West 57th St., Ste. 1120~~
~~New York, N.Y. 10019~~

Kathy Young, Esq.
Attorney for Bruce Methven
~~2232 Sixth Street~~
~~Berkeley, CA 94710~~

being the person(s) interested in this proceeding in the Estate of ANDREW B. STROUD a/k/a ANDREW BENJAMIN STROUD, deceased, who at the time of his death was a resident of the County of the Bronx, at 5900 Arlington Avenue, Studio U, Riverdale, New York, 10471

Upon the petition of SCARLETT P. STROUD, Executrix of the Estate of ANDREW B. STROUD a/k/a ANDREW BENJAMIN STROUD

Room 406

YOU ARE HEREBY CITED TO SHOW CAUSE before the Surrogate's Court, Bronx County, at 851 Grand Concourse, Bronx, New York, on ~~March~~ April 9th, 2013, at 9:30 o'clock in the _fore_ noon of that day, why an order should not be issued requiring Methven and Associates ("Methven") to deliver certain property of the Estate consisting of the recordings and other materials listed in Exhibit C (" Retained Estate Property") of the Petition which was provided to Methven during discovery for the purposes of examination by adverse parties, or to pay the value thereof, and that your petitioner have such other and further relief as to the Court may seem just and proper.

Dated, Attested and Sealed

March 13 2013

HON. **Nelida Malave-Gonzalez**
Surrogate

_____
Chief Clerk

W. Charles Robinson                               212 286-0423
Attorney for Petitioner                           Telephone Number
820 Second Avenue, Ste. 7B, New York, N.Y.10017
Address of Attorney

[NOTE: This citation is served upon you as required by law. You are not required to appear. If you fail to appear it will be assumed you do not object to the relief requested. You have a right to have an attorney appear for you.]

## SURROGATE COURT OF NEW YORK
**COUNTY OF BRONX**
---------------------------------------------------X
Proceeding by Scarlett P. Stroud, as Executrix

Of the Estate of                                File No. 2012-1964

ANDREW B. STROUD a/k/a ANDREW
BENJAMIN STROUD,

        Deceased,

To Discover Property Withheld.

---

### PETITION

---

### C. ROBINSON & ASSOCIATES, LLC

*Attorneys for Petitioner*
*Office and Post Office Address, Telephone*
820 Second Avenue, Suite 7B
New York, New York 10017
(212) 286-0423
FAX NO. (212) 286-0450

---

To:

ALL COUNSEL

Service of a copy of the within

                        is hereby admitted,

Dated,
---------------------------------------------------
Attorney(s) for

SURROGATE COURT OF NEW YORK
COUNTY OF BRONX
-----------------------------------------------------------X

Proceeding by Scarlett P. Stroud, as Executrix

Of the Estate of

ANDREW B. STROUD a/k/a ANDREW
BENJAMIN STROUD,

        Deceased,

To Discover Property Withheld.

-----------------------------------------------------------X

File No. 2012-1964

**PETITION**

**TO THE SURROGATE'S COURT, COUNTY OF BRONX:**

    It is respectfully alleged:

    1.    Petitioner, Scarlett P. Stroud ("Petitioner") is domiciled at 5900 Arlington Avenue, Studio-U, City of New York, County of the Bronx, State of New York.

    2.    Petitioner is the sole executrix ("Executrix") and the sole beneficiary, legatee and devisee of the last will and codicil bearing the dates of April 14, 1994, and February 29, 2012, respectively of her husband the decedent, ANDREW STROUD a/k/a ANDREW BENJAMIN STROUD ("Decedent"). Letters Testamentary were issued on the November 20, 2012 to Petitioner to administer the estate of the decedent ("Estate"). (Exhibit A)

    3.    The Decedent died testate on the 14th day of July, 2012, domiciled at 5900 Arlington Avenue, Studio-U, City of New York, County of the Bronx, State of New York.

    4.    The Estate consists of certain musical compositions, mechanicals, audio tapes, copyrights, films, photographs, correspondence, documents, books, letters, notes

and other memorabilia and artifacts pertaining to the artist Eunice K. Waymon, a/k/a Nina Simone ("Nina") (collectively referred to as the "Works").

5. The Works are the subject of litigation in the United States District Court, Northern District of California, styled STEVEN AMES BROWN, Plaintiff v. ANDREW B. STROUD, et al., Defendants, 08-CV-022348, ANDREW B. STROUD, et al. v. CASTLE ROCK ENTERTAINMENT, et al., Defendants, 09-CV-03796 and LISA SIMONE KELLY v. WALLY ROKER, et al., Defendants, 11-CV-05822 (collectively, the "California Litigation").

6. The attorneys METHVEN & ASSOCIATES ("Methven"), 2232 Sixth Street, Berkeley, California 94710, represented the Decedent, the Estate, STROUD PRODUCTIONS & ENTERPRISES, INC. ("SPE") (a corporation organized and dissolved on June 24, 1981 under the laws of the state of New York) and ANDY STROUD, INC. ("ASI") (a corporation organized and dissolved on July 26, 2012 under the laws of the state of New York) in the California Litigation and have withdrawn as attorneys for these parties pursuant to an order in the California Litigation dated October 31, 2011, entitled "ORDER REGARDING (1) MOTION TO WITHDRAW AS COUNSEL, (2) REFERRAL OF DISCOVERY, AND (3) CONTINUANCE OF CASE MANAGEMENT CONFERENCE." ("Exhibit B")

7. During the course of representing the Decedent in the California Litigation, certain property of the Estate consisting of the recording listed in Exhibit C (" Retained Estate Property") was provided to Methven during discovery for the purposes of examination by adverse parties.

8. Your petitioner has requested and demanded that Methven deliver and turn over to her as executrix all Retained Estate Property, but Methven has failed, refused and neglected to deliver the same to your Petitioner because of the unproven and false allegations of the opposing parties in the California Litigation.

9. Under the laws governing the Estate, the Executrix has possessory right to Decedent's property including the Retained Estate Property from the moment of appointment and qualification.

10. The names and addresses of all the persons interested upon whom service of process is required or concerning whom the Court is required to have information, so far as they can be ascertained with due diligence, are as follows:

Bruce Methven, Esq.
METHVEN & ASSOCIATES
2232 Sixth Street
Berkeley, California 94710

Dorothy M. Weber, Esq.
Shukat Arrow Hafer Weber & Herbsman, LLP
Attorneys for Lisa Simone
111 West 57th St., Ste. 1120
New York, N.Y. 10019

Kathy Young, Esq.
Attorney for Bruce Methven
2232 Sixth Street
Berkeley, CA 94710

11. There are no persons other than those mentioned interested in this proceeding who have not waived service of process, and all of the above are of full age and competent.

12. No previous application has been made for the relief requested herein.

**WHEREFORE**, your petitioner respectfully prays for an order directing Methven and Associates to deliver said property to the Executrix, or to pay the value thereof, and that your petitioner have such other and further relief as to the Court may seem just and proper.

Dated: New York, New York
January 28, 2013

                **C. ROBINSON & ASSOCIATES, LLC**

                **BY**_____
                W. Charles Robinson, Esq. 1390178
                The Diplomat Building
                820 Second Avenue, Ste. 7B
                New York, New York 10017
                (212) 286-0423