IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METHVEN AND ASSOCIATES PROFESSIONAL CORPORTATION,<br><br>       Plaintiff,<br><br>  v.<br><br>SCARLETT PARADIES-STROUD, as administrator of the ESTATE OF ANDREW B. STROUD, et al.,<br><br>       Defendants.<br>_____ / | No. C 13-01079 JSW<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

In light of the fact that Plaintiff has still not served all parties, the Court HEREBY CONTINUES the case management conference to August 16, 2013 at 1:30 p.m. The parties shall file an updated case management conference by no later than August 9, 2013. In this statement, the parties shall propose relevant deadlines.

**IT IS SO ORDERED.**

Dated: June 10, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

Case3:13-cv-01079-JSW Document26 Filed06/10/13 Page2 of 2