1  Pursuant to Local Rule 3-4(a)(1)
   Please see the last page for a
2  listing of parties represented

3

4

5                    UNITED STATES DISTRICT COURT

6                    NORTHERN DISTRICT OF CALIFORNIA

7                        SAN FRANCISCO DIVISION

8

9  METHVEN & ASSOCIATES, A
   PROFESSIONAL CORPORATION,          Cv. 13-1079 JSW

10          Plaintiff,

11      vs.

12 SCARLETT PARADIES- STROUD,         STIPULATION AND [PROPOSED]
   *et al,*                           ORDER CONTINUING CASE
13                                    MANAGEMENT CONFERENCE

14          Defendant.
   _____/

15

16

17

18

19

20

21

22

23

24

25

26

In accordance with Local Rule 7-12, the undersigned parties, through their respective counsel, stipulate to continue the Case Management Conference in this action from August 16, 2013 at 1:30 p.m. until October 4, 2013. There is currently a pending Motion to Dismiss (*Docket Nos. 41, 42 and 43*) and the hearing for that motion is October 4, 2013 at 9:00 a.m.

Good cause exists to continue the conference in that Dorothy Weber now has a calendar conflict for August 16th.

Dated: August 6, 2013

        Respectfully submitted,

/X/
DOROTHY M. WEBER, *pro hac vice*
Shukat, Arrow, Hafer, Weber & Herbsman, LLP
*Attorneys for Lisa Simone Kelly as the Administrator of the Estate of Nina Simone, Castle Rock Entertainment, Warner Bros. Entertainment, Inc. and Warner Specialty Films, Inc. d/b/a Warner Independent Pictures*

/X/
STEVEN AMES BROWN,
Plaintiff in *Pro Se*

/X/
BRUCE E. METHVEN
Methven & Associates,
*Attorneys for Methven and Associates Professional Corporation*

| | |
|---|---|
| 1 | /X/ |
| 2 | JULIA D. GREER |
|   | Coblentz, Patch, Duffy & Bass, LLP., |
| 3 | Attorneys for Sony Music |
|   | Entertainment, Inc. |

/X/
W. CHARLES ROBINSON
C. Robinson & Associates, LLC
*Attorneys for Scarlett Paradies-Stroud as Administrator of the Estate of Andrew B. Stroud, Andy Stroud, Inc. and Stroud Productions and Enterprises, Inc.*

Listing of counsel filing this paper:

**DOROTHY M. WEBER,** *pro hac vice*
Shukat, Arrow, Hafer, Weber & Herbsman, LLP
111 West 57th Street, Suite 1120
New York, New York 10019
212/245-4580 Tele
212/956-6471 Fax
dorothy@musiclaw.com
*Attorneys for Lisa Simone Kelly as the Administrator of the Estate of Nina Simone, Castle Rock Entertainment, Warner Bros. Entertainment, Inc. and Warner Specialty Films, Inc. d/b/a Warner Independent Pictures*

**STEVEN AMES BROWN**
Entertainment Law 83363
69 Grand View Avenue
San Francisco, California 94114-2741
415/647-7700 Tele
415/285-3048 Fax
sabrown@entertainmentlaw.com

1 | **BRUCE E. METHVEN**
2 | Methven & Associates
  | 2232 Sixth Street
3 | Berkeley, California 94710
  | 510/649-4019 Tele
4 | 510/649-4024 Fax
  | bmethven@methvenlaw.com
5 | *Attorneys for Methven and Associates*
6 | *Professional Corporation*

7 |

8 | **Julia D. Greer**
  | Coblentz, Patch, Duffy & Bass
9 | One Ferry Building, Suite 200
  | San Francisco, CA 94111-4213
10 | 415/398-4800  Tele
   | jgreer@coblentzlaw.com
11 | *Attorneys for Sony Music Entertainment, Inc.*

12 |

13 | **W. CHARLES ROBINSON**
   | C. Robinson & Associates, LLC
   | 820 Second Avenue, Suite 7B
14 | New York, NY 10017
   | 212/286-0423 Tele.
15 | 212/286-0450 Fax
   | wcr@crobinsonllc.com
16 | *Attorneys for Scarlett Paradies-Stroud*
   | *as Administrator of the Estate of*
17 | *Andrew B. Stroud, Andy Stroud, Inc.*
   | *and Stroud Productions and Enterprises, Inc.,*

[~~PROPOSED~~ ORDER]

For good cause appearing it is hereby ordered that the Case Management Conference in the within action set for August 16, 2013 at 1:30 p.m. shall be continued until ~~October 4,~~ November 15, 2013 at ~~9:00 a.m.~~ 1:30 p.m.

Dated:   August 8, 2013

_____
Jeffrey S. White