**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METHVEN AND ASSOCIATES PROFESSIONAL CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>SCARLETT PARADIES-STROUD, as administrator of the ESTATE OF ANDREW B. STROUD, et al.,<br><br>    Defendants. | No. C 13-01079 JSW<br><br>**ORDER TO SHOW CAUSE WHY COUNSEL SHOULD NOT BE HELD IN CIVIL CONTEMPT OF COURT** |

On July 21, 2014, the Court issued an Order to Show Cause to W. Charles Robinson, former counsel for Interpleader Scarlett Paradies-Stroud as the administrator of the Estate of Andrew B. Stroud ("Ms. Stroud"), Andy Stroud, Inc. ("ASI"), and Stroud Productions and Enterprises, Inc. ("SPE") (collectively referred to as the "Stroud Defendants"). The Court admonished Mr. Robinson that if he did not to pay the $5,000 by July 31, 2014, he would be held in contempt of Court. The Court further Ordered Mr. Robinson to show cause by July 31, 2014 why he should not be sanctioned an another $3,000 for the additional misconduct described and why this Court should not refer this matter to the New York Bar Association for disciplinary action. Mr. Robinson failed to respond. Therefore, the Court finds that sanctioning Mr. Robinson an additional $3,000 and reporting him to the New York Bar Association is warranted. Mr. Robinson shall pay $3,000 to the Court by no later than August 22, 2014.

Moreover, the Court HEREBY ORDERS Mr. Robinson to Show Cause why he should not be held in civil contempt for his failure to pay the $5,000 in sanctions required by the Court's earlier orders. If Mr. Robinson fails to pay the additional $3,000 sanction by August 22, 2014, the Order to Show Cause why he should not be held in civil contempt will include the additional $3,000. Mr. Robinson shall file a response in writing by no later August 29, 2014 and shall appear at a hearing on **Friday, September 5, 2014 at 9:30 a.m.**

**IT IS SO ORDERED.**

Dated: August 8, 2014



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2