BRUCE E. METHVEN (Bar No. 095486)
METHVEN & ASSOCIATES PROFESSIONAL CORPORATION
2232 Sixth Street
Berkeley, California 94710
Telephone: (510) 649-4019
Facsimile: (510) 649-4024

Attorney for Methven & Associates Professional Corporation

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METHVEN & ASSOCIATES PROFESSIONAL CORPORATION,<br><br>Plaintiff in Interpleader,<br><br>v.<br><br>SCARLETT PARADIES-STROUD as administrator of the ESTATE OF ANDREW B. STROUD; ANDY STROUD, INC.; STROUD PRODUCTIONS AND ENTERPRISES, INC., LISA SIMONE KELLY as administrator of the ESTATE OF NINA SIMONE; WALLY ROKER d/b/a ICU ENT. DIST. d/b/a WALLY ROKER MUSIC; STEVEN AMES BROWN; CASTLE ROCK ENTERTAINMENT; WARNER BROS. ENTERTAINMENT, INC.; WARNER BROS. INDEPENDENT PICTURES; SONY MUSIC ENTERTAINMENT, INC.<br><br>Defendants in Interpleader | Case No.: ~~14-01079~~ 13-1079 JSW<br><br>PARTIAL JUDGMENT UNDER RULE 54(b) REGARDING INTERPLEADER ACTION |

IT IS ADJUDGED in this interpleader action that Plaintiff (along with its current or former officers, directors, shareholders, employees or independent contractors) has no liability to any Defendant in this action for the recovery of the Property at issue, which is inventoried in Attachment A to the complaint and includes original audio and video recordings of deceased jazz singer Nina Simone.

This action was decided by the Court in the Plaintiff's motion to be discharged from the interpleader action.

Dated: October 21, 2014

_____
UNITED STATES DISTRICT COURT JUDGE

1
PARTIAL JUDGMENT UNDER RULE 54(b) REGARDING INTERPLEADER ACTION