**ENTIRE EXHIBIT SOUGHT TO BE SEALED**

# EXHIBIT A