JEFFREY G. KNOWLES (State Bar No. 129754)
JULIA D. GREER (State Bar No. 200479)
MARTIN WHITE (State Bar No. 253476)
COBLENTZ PATCH DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email: ef-jgk@cpdb.com
 ef-jdg@cpdb.com
 ef-mdw@cpdb.com

Attorneys for Defendant/Reply-Counter-Defendant/ Crossclaimant/Counterclaimant
SONY MUSIC ENTERTAINMENT,
erroneously sued as SONY MUSIC HOLDINGS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN AMES BROWN,<br><br>        Plaintiff,<br><br>    v.<br><br>ANDREW B. STROUD, an individual, et al.<br><br>        Defendant,<br><br>And related Cross and Counterclaims. | Case No.: CV 08-02348 JSW<br><br>**[PROPOSED] ORDER GRANTING SONY MUSIC ENTERTAINMENT'S ADMINISTRATIVE MOTION TO FILE CERTAIN PORTIONS OF ITS COUNTERCLAIM AND CROSSCLAIMS UNDER SEAL**<br><br>Date action filed: May 7, 2008<br>Trial Date:      None |
| METHVEN & ASSOCIATES PROFESSIONAL CORPORATION<br><br>    v.<br><br>SCARLETT PARADIES-STROUD as administrator of the ESTATE OF ANDREW B. STROUD; ANDY STROUD, INC.; STROUD PRODUCTIONS AND ENTERPRISES, INC., LISA SIMONE KELLY as administrator of the ESTATE OF NINA SIMONE; WALLY ROKER d/b/a ICU ENT. DIST. d/b/a WALLY ROKER MUSIC; STEVEN AMES BROWN; CASTLE ROCK ENTERTAINMENT; WARNER BROS. ENTERTAINMENT, INC.; WARNER BROS. INDEPENDENT PICTURES; SONY MUSIC ENTERTAINMENT, INC.,<br><br>        Defendants in Interpleader,<br><br>And related Cross-claims. | Case No.: C 13-01079 JSW<br><br>Date action filed: March 8, 2013<br>Trial Date:      None |

11325.003 3136976v1

CV 08-02348 JSW; C 13-01079 JSW

**[PROPOSED] ORDER GRANTING SONY MUSIC ENTERTAINMENT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

As set forth in defendant, reply-counter-defendant, crossclaimant, and counterclaimant Sony Music Entertainment ("Sony Music"), erroneously sued herein as Sony Music Entertainment, Inc.'s, administrative motion to file portions of its crossclaims and counterclaim under seal, Sony Music has requested that the Court order certain paragraphs, portions of paragraphs, and an exhibit attached to Sony Music's counterclaim and crossclaim in *Brown v. Stroud*, 3:08-cv-02348-JSW (N.D. Cal. 2008) (the "*Brown v. Stroud* Action") and its crossclaim in *Methven & Assocs. Prof'l Corp. v. Scarlett Paradies-Stroud as administrator of the Estate of Andrew B. Stroud, et al.*, 13-01079 JSW (N.D. Cal. 2013) (the "*Methven* Interpleader Action") be filed under seal.

Having considered Sony Music's administrative motion to file portions of its counterclaim and crossclaim in the *Brown v. Stroud* Action and its crossclaim in the *Methven* Interpleader Action under seal, the supporting declaration of Gil Aronow, and good cause appearing therefore:

IT IS HEREBY ORDERED that the following portions of Sony Music's counterclaim and crossclaim in the *Brown v. Stroud* Action and its crossclaim in the *Methven* Interpleader Action are to be filed under seal:

| Counterclaim and Crossclaim in *Brown v. Stroud* Action (Case No. CV 08-02348 JSW) | Crossclaim in *Methven* Interpleader Action (Case No. C 13-01079 JSW) |
|---|---|
| Paragraph 42 | Paragraph 46 |
| Portions of Paragraph 43 | Portions of Paragraph 47 |
| Portions of Paragraph 44 | Portions of Paragraph 48 |
| Portions of Paragraph 45 | Portions of Paragraph 49 |
| Portions of Paragraph 46 | Portions of Paragraph 50 |
| Paragraphs 49-54 | Paragraphs 53-58 |
| Paragraphs 56-59 | Paragraphs 60-63 |
| Paragraph 62 | Paragraph 66 |
| Portions of Paragraph 63 | Portions of Paragraph 67 |
| Paragraphs 68-69 | Paragraphs 72-73 |

1     CV 08-02348 JSW; C 13-01079 JSW

[PROPOSED] ORDER GRANTING SONY MUSIC ENTERTAINMENT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL

| | |
|---|---|
| Paragraphs 72-73 | Paragraphs 76-77 |
| Paragraph 77 | Paragraph 81 |
| Paragraph 80 | Paragraph 84 |
| Exhibit A | Exhibit A |

DATED: May 8, 2015

*Jeffrey S. White*
_____
The Hon. Jeffrey S. White
United States District Court Judge

Coblentz Patch Duffy & Bass LLP
One Ferry Building, Suite 200, San Francisco, California 94111-4213
415.391.4800 · Fax 415.989.1663

2    CV 08-02348 JSW; C 13-01079 JSW
[PROPOSED] ORDER GRANTING SONY MUSIC ENTERTAINMENT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL