**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEVEN AMES BROWN, et al.,

    Plaintiffs,

  v.

ANDREW B. STROUD, et al.,

    Defendants
_____/

METHVEN AND ASSOCIATES PROFESSIONAL CORPORATION,

    Plaintiff,

  v.

SCARLETT PARADIES-STROUD, as administrator of the ESTATE OF ANDREW B. STROUD, et al.,

    Defendants.
_____/

No. C 08-02348 JSW

No. C 13-01079 JSW

**ORDER DENYING MOTION TO UNSEAL SETTLEMENT CONFERENCE TRANSCRIPT**

    Now before the Court is the administrative motion filed by Steven Ames Brown to unseal the settlement conference transcript. Having considered the parties' papers, the relevant

///

///

///

///

legal authority, and the record in this case, the Court finds the motion unfounded and thus DENIES the motion to unseal the transcript.

**IT IS SO ORDERED.**

Dated: May 8, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE